15 Ill. App.3d 909 (1973)
305 N.E.2d 316
JUDSON H. EDIDIN et al., d/b/a GRAND-YORK CURRENCY EXCHANGE, Plaintiffs-Appellees,
v.
C. AUSTIN MONTGOMERY, Director of Financial Institutions, et al., Defendants-Appellants.
No. 58547.
Illinois Appellate Court  First District (3rd Division).
November 15, 1973.
*910 Robert Cahill, of Duffy and Jordan, of Chicago, for appellant Thillens, Inc.
Edward M. White, of Carey, Filter & White, of Chicago, for appellees.
Abstract of Decision.
Judgment affirmed.